# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date:   December 18, 2013 |
| Court Reporter: Janet Coppock | Time:   44 minutes |
| Probation Officer: n/a | Interpreter: n/a |

**CASE NO.  13-CR-00411-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | David Tonini |
| Plaintiff, | |
| vs. | |
| **THERON MAXTON,** | Scott Varholak |
| Defendant. | |

### HEARING ON MOTION FOR COMPETENCY EVALUATION

**2:04 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and in custody.

**Defendant's Motion for Competency Evaluation [Docket No. 18]**

Argument by Mr. Varholak in support of the defendant's motion.  Questions by the Court.

Argument by Mr. Tonini.  Questions by the Court.

Further argument by Mr. Varholak.

...

Page Two
13-CR-00411-PAB
December 18, 2013

Court states its finding and conclusions.

**ORDERED:**  Defendant's Motion for Competency Evaluation [Docket No. 18] is **DENIED** without prejudice.

**ORDERED:**  Government's responses to motions are due by noon on **December 26, 2013.**

**ORDERED:**  Motions hearing is scheduled for **December 30, 2013 at 10:30 a.m.**

**ORDERED:**  Defendant is remanded to the custody of the United States Marshal.

**2:48 p.m.     COURT IN RECESS**

**Total in court time:        44 minutes**

**Hearing concluded**