United States of America

vs

Theron J Moxton

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case NO 13-CR-00411-PAB

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL - 2 2014

JEFFREY P. COLWELL
CLERK

Motion to have Judge Brimmer Remove from this case, and a Competency and mental Health Evaluation done by a Psychiatric and Psychologist

due to the Defendants Attorney Paula M. Ray seemly to have some Kind of Personal Friendship with Judge Paul Brimmer, and Refusing to File any motions that the Plaintiff ask her to file to have Judge Brimmer toil off this case and other motion he have ask her to File that she Refuse to file or Acknowledge, Because Attorney Ray helping Assistant U.S. Attorney David Tonini and Judge Brimmer Deny the Defendant a Fair trial, the Defendant Request the above motion be file and that he be Evaluated By a Psychiatric and Psychologist that Judge Brimmer have Not had Attorney Paula Ray Pick, Like this Psychiatric Dr. Gundersen who will be working for Judge Brimmer,

June 27th 2014

Respectfully
Theron Moxton 85599-071
Englewood FCI - SHU
9595 West Quincy Avenue
Littleton CO 80123