IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00411-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  THERON MAXTON,

    Defendant.

_____

**ORDER**
_____

    This matter comes before me on the Motion to Remove Paula M. Ray and Judge Paul A. Brimmer from the Above Case [Docket No. 115], wherein Mr. Maxton seeks to remove me and his attorney, Paula Ray, from this case.  Mr. Maxton alleges that I am using Ms. Ray to deny him a fair trial and am denying the defendant's motions to order the U.S. Marshals to take him to get eyeglasses and to have his feet and shoulder examined.  Mr. Maxton attaches an order from a civil case, Case No. 14-cv-02465-BNB, indicating that he is also using that mechanism to try to compel the Marshals Service to take him to an eye appointment.

    Mr. Maxton provides no just cause to remove his attorney since he draws no connection between his case and his requests of the Marshals Service.  Moreover, he provides no basis for me to recuse.  He does not explain how I am denying him a fair trial or creating an appearance of bias from my rulings on his requests of the Marshals Service.  Wherefore, it is

ORDERED that the Motion to Remove Paula M. Ray and Judge Paul A. Brimmer from the Above Case [Docket No. 115] is denied.

DATED September 12, 2014.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge