IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00411-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  THERON MAXTON,

    Defendant.

_____

**AMENDED ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
_____

    Upon petition of the United States and for good cause shown, it is

    ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce the material witness, BRAHIM WEARING, y/o/b 1981, inmate number LU1534, now being confined in SCI Camp Hill, 2500 Lisburn Road, Camp Hill, PA 17011, before United States District Judge Philip A. Brimmer, on Tuesday, January 20, 2015 at 9:00 a.m. for the trial in the above captioned case, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until he has appeared as a material witness, and immediately thereafter to return the witness to the institution where he is now confined, under safe and secure conduct.

    DATED December 15, 2014.

                                                BY THE COURT:

                                                s/Philip A. Brimmer
                                                PHILIP A. BRIMMER
                                                United States District Judge