IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00411-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  THERON MAXTON,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter comes before the Court on the Motion for a New Trial and Subpeona [sic] for Lieutenant Freeman and Motion for a Hearing and Sanction against AUSA David Tonin [sic] and Valeria Spencer, Paula M. Ray [Docket No. 183] filed by defendant Theron Maxton on February 9, 2015.  Defendant is represented in this case by an attorney.  This *pro se* filing is therefore improper.

    Wherefore, it is ORDERED that Docket No. 183 is stricken.

    DATED February 10, 2015.