IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00411-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. THERON MAXTON,

    Defendant.
_____

## MINUTE ORDER
_____

    This matter comes before the Court on the Motion for Judgment Against the Government for Refusing to Answer [Docket No. 345], wherein defendant claims that the United States has not answered his Motion Under 28 U.S.C. § 2255 to Vacate [Docket No. 341]. The United States did file a response [Docket No. 343]. Wherefore, it is

    **ORDERED** that the Motion for Judgment Against the Government for Refusing to Answer [Docket No. 345] is denied.

    DATED April 12, 2017.